UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DIRK S. ADAMS, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No.: 1:20-cv-11366-PBS |
| MIKI L. GISSELL AND RICHARD FERGUSON, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

### NOTICE OF APPEARANCE

Please enter the appearance of Michele E. Connolly as counsel for Defendant Richard Ferguson in the above-captioned case.

> Respectfully Submitted,
>
> RICHARD FERGUSON,
> By his attorneys,
>
> /s/ Michele E. Connolly
> Peter E. Ball, BBO #546031
> Michele E. Connolly, BBO #680946
> FITCH LAW PARTNERS LLP
> One Beacon Street
> Boston, MA 02108
> 617-542-5542
> *peb@fitchlp.com*
> *mec@fitchlp.com*

### CERTIFICATE OF SERVICE

I, Michele E. Connolly, hereby certify that on October 27, 2020, I filed the within through the ECF system and that notice will be sent electronically to counsel of record who are registered

1

participants identified on the mailing information for Case No. 20-cv-11366 and that a true copy of the within document was served upon Dirk Adams by mail.

                                                    /s/ Michele E. Connolly
                                                    Michele E. Connolly